CR19-304

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__     Erie _____     Johnstown _____

Related to No. _____  Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. __X__ All Others

Defendant's name: Aleksejs Trofimovics

Is indictment waived:    ____ Yes    __X__ No

Pretrial Diversion:    ____ Yes    __X__ No

Juvenile proceeding:    ____ Yes    __X__ No

Defendant is:    __X__ Male    ____ Female

Superseding indictment or information    ____ Yes    __X__ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:   Allegheny County

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____/_____/_____

Defendant:  ____ is in custody   _X_ is not in custody

Name of Institution: _____

Custody is on:  ____ this charge   ____ another charge

                ____ another conviction

                ____ State   ____ Federal

Detainer filed:  ____ yes   ____ no

Date detainer filed: _____

Total defendants: 5

Total counts: 1

Data below applies to defendant No.: 1

Defendant's name: Aleksejs Trofimovics

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering. | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: SEP 2 5 2019

*/s/ Charles A. Eberle*
CHARLES A. EBERLE
Assistant U.S. Attorney
PA ID No. 80782